**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Roberto SANCHEZ-ROQUE, Defendant-Appellant.**

No. 16-7152

United States Court of Appeals, Fourth Circuit.

Submitted: December 28, 2016

Decided: January 10, 2017

Roberto Sanchez-Roque, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY, Chief Judge, and WILKINSON and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Sanchez-Roque appeals the district court's order denying his 18 U.S.C. § 3582(C)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Sanchez-Roque, No. 3:12-cr-00152-REP-2 (E.D. Va. Aug. 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

AFFIRMED